FILED

NOV 09 2015

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | VIOLATION: 4594883 |
| --- | --- |
| Plaintiff, | Location Code: M13 |
| vs. | ORDER |
| REBECCA WILSON, | |
| Defendant. | |

Upon motion of the United States and for good cause shown,

**IT IS HEREBY ORDERED** that Violation Notice 4594883 is **DISMISSED**.

DATED this 9th day of November, 2015.

/s/ John Johnston
John Johnston
United States Magistrate Judge